24th JUDICIAL DISTRICT COURT FOR THE PARISH OF JEFFERSON
STATE OF LOUISIANA

NUMBER: DIVISION " "

NELSON MUNGUIA ARIAS

VERSUS

WALMART, INC.

FILED: ______________________ ______________________
DEPUTY CLERK

**PETITION FOR DAMAGES**

Now into Court, through undersigned counsel, comes, Nelson Munguia Arias, a person of the full age of majority domiciled in the Parish of Orleans, State of Louisiana, who respectfully says:

1.

Made defendant herein is WALMART, INC., a foreign corporation authorized to do and doing business in the State of Louisiana with its Louisiana domicile and principal business establishment in the Parish of East Baton Rouge.

2.

On or about August 1, 2023, Petitioner, Nelson Munguia Arias was a customer at Defendant's place of business, Wal-Mart Superstore located at 8912 Veterans Memorial Boulevard in Metairie, Louisiana. As Mr. Munguia Arias, was shopping for laundry detergent, a column of boxes stacked in the middle of the aisle by Defendant's employees created a bottleneck which obscured customers' vision of the floor and concealed a hazardous substance on the floor of the aisle. Mr. Munguia Arias slipped and fell due to the hazardous substance on the floor, which was concealed by Defendant's employees stacking of boxes in the middle of the aisle, and sustained personal injuries.

3.

Upon information and belief, the Defendant had actual knowledge, or, in the alternative, had and/or should have had constructive notice of the condition, because of the hazardous substance, and concealment thereof, thus Defendant should have taken measures to correct it and prevent the injuries sustained by the petitioner.



**EXHIBIT A**

24th E-Filed: 07/31/2024 22:42 Case: 856700 Div:A Atty:033977 GEORGE M MCGREGOR

4.

The hazardous substance on the aisle of the defendant's store was the direct cause of the Petitioner's injury.

5.

The accident in which Petitioner, Nelson Munguia Arias, received injuries was caused solely by the negligence of the Defendant, in the following aspects:

A. Failure to maintain a safe place of business;

B. Allowing the isles of the business to become dangerous and to remain dangerous;

C. Failure to warn petitioner of the dangerous area;

D. Failure to protect petitioner from unreasonable risks;

E. Failure to inspect and keep the premises in a safe and suitable condition for the customers of the defendant;

F. Failure to discover an unreasonably dangerous condition;

G. Failure to take reasonable steps to prevent a dangerous condition from causing injury;

H. Failure to warn of the dangerous condition;

I. Creating a dangerous condition; and

J. Failing to act as a reasonable and/or prudent person would under the same or similar circumstances together with any and all other acts of negligence through omission or commission that may be shown at the time of trial.

All of which acts of negligence are in violation of the ordinances of the Parish of Orleans and the Statutes of Louisiana, that are specially pleaded herein as if copied in *extenso*

6.

Petitioner, Nelson Munguia Arias, itemizes his damages to which he is entitled as a result of the accident and injury proximately caused by the above described negligence of the Defendant, as follows, to-wit:

A. Past, present, and future physical pain, suffering and discomfort;

B. Past, present, and future mental anguish, aggravation, and annoyance;

C. Past, present, and future medical expenses;

D. Loss of enjoyment of life;

E. Disability from engaging in recreation;



24th E-Filed: 07/31/2024 22:42 Case: 856700 Div:A Atty:033977 GEORGE M MCGREGOR

F. Lost Wages;

G. Loss of earning capacity; and

H. Any and all other damages proven at a trial of this matter.

7.

Plaintiff, Nelson Munguia Arias reserves his right to trial by jury on all issues.

**WHEREFORE**, Petitioner, Nelson Munguia Arias prays that Walmart, Inc., be served with a certified copy of this Petition and be duly cited to appear and answer same within the delays allowed by law and after all due delays and legal proceedings be had, there be judgment herein in favor of Petitioner, Nelson Munguia Arias, and against Defendant, Walmart, Inc., in an amount reasonable in the premises, together with legal interest from date of judicial demand and for all costs incurred and for any other relief that this Honorable Court deems just and proper.

Respectfully submitted:

**BURGOS & ASSOCIATES, L.L.C**

CESAR R. BURGOS (#24328)
ROBERT J. DAIGRE (#23016)
**GEORGE M. MCGREGOR (#33977)**
WILLIAM R. PENTON, III (#34341)
LEILA M. BONILLA (#38631)
N. BLAKE PETERS (#34960)
3535 Canal Street
New Orleans, Louisiana 70119-6135
Telephone: (504) 488-3722
Facsimile: (504) 482-8525
Email: gmcgregor@burgoslawfirm.com
**Attorneys for Plaintiff**

24th E-Filed: 07/31/2024 22:42 Case: 856700 Div:A Atty:033977 GEORGE M MCGREGOR

**PLEASE SERVE:**

**WALMART, INC.**
**Through its Agent for Service**
**CT Corporation System**
**3867 Plaza Tower Dr.**
**Baton Rouge, LA 70816**



**EXHIBIT A**

24th JUDICIAL DISTRICT COURT FOR THE PARISH OF JEFFERSON
STATE OF LOUISIANA

NUMBER: DIVISION " "

NELSON MUNGUIA ARIAS

VERSUS

WALMART, INC.

FILED: ____________________ ____________________
DEPUTY CLERK

## REQUEST FOR NOTICE

**NOW INTO COURT**, through undersigned counsel, comes, Nelson Munguia Arias, who pursuant to the Louisiana Code of Civil Procedure Article 1572, respectfully move this Court for written notice fifteen (15) days in advance of the date fixed for the trial or hearing on any exception, motion, rule, or trial on the merits in the above captioned proceeding and, pursuant to Louisiana Code of Civil Procedure Articles 1913 and 1914, request immediate notice of all interlocutory and final orders and judgments on any exceptions, motions, rules or the trial on the merits in the captioned proceeding.

Respectfully submitted:

**BURGOS & ASSOCIATES, L.L.C.**

CESAR R. BURGOS (#24328)
ROBERT J. DAIGRE (#23016)
**GEORGE M. MCGREGOR (#33977)**
WILLIAM R. PENTON, III (#34341)
LEILA M. BONILLA (#38631)
N. BLAKE PETERS (#34960)
3535 Canal Street
New Orleans, Louisiana 70119-6135
Telephone: (504) 488-3722
Facsimile: (504) 482-8525
Email: gmcgregor@burgoslawfirm.com
**Attorneys for Plaintiff**

24th E-Filed: 07/31/2024 22:42 Case: 856700 Div:A Atty:033977 GEORGE M MCGREGOR



EXHIBIT A